ACCEPTED
01-14-01015-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
1/26/2015 11:28:09 PM
CHRISTOPHER PRINE
CLERK

**No. 01-14-01015-CV**

## IN THE COURT OF APPEALS
## FOR THE FIRST DISTRICT
## HOUSTON, TEXAS

**SANDRA UZE**

Appellant

V.

**UCHENNA NWABUEZE**
Appellee

### APPELLEE COUNSEL NOTICE OF APPEARANCE

By copy of this letter Appellee files this document noticing the Court and applicable parties that he has retained Attorney Carlette White to represent him in the appeal of this matter to the 1st Court of Appeals. Attorney Carlette White will be serving as lead counsel.

Respectfully submitted,

**WHITE LAW OFFICE**

BY: _____*s/ Carlettte White*_____
        Carlette White,
        P.O. Box
        Sugar Land, Texas  77487
        TBN: 21516430
        281-203-0800
        713-391-8724 fax
        Whitelawoffice1@aol.com

ATTORNEY FOR APPELLEE

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been furnished by fax/email/ or USPS on this 27th day of January, 2015 to Attorney for Appellant.

BY: ___/s/ *Carlettte White*_____

Carlette White, Attorney for Plaintiff